C-13-15(a)Motion  
(Rev. 10/06)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| In Re: | ) | **Motion and Notice** |
| | ) | **Chapter 13** |
| SHELDON, GAIL CATHERINE   xxx-xx-9700 | ) | |
| 108 RIVERS BEND DR | ) | No: 13-10098   C-13G |
| RANDLEMAN, NC 27317 | ) | |
| | ) | |
| Debtor | ) | |

The undersigned Standing Trustee respectfully moves the Court for an Order as follows:

This Plan was confirmed April 9, 2013.  Lex Special Assets, LLC, % Wells Fargo Bank, NA is being paid as a secured continuing long term debt claimant through the disbursements by the Trustee on a deed of trust against real property on an account with last four digits 3449.  The Trustee is informed and believes that the servicing of the claim of Lex Special Assets, LLC has now changed to Carrington Mortgage Services, LLC such that the mailing address for the payments on the claim of Lex Special Assets, LLC should be changed from Lex Special Assets, LLC, % Wells Fargo Bank, NA to Lex Special Assets, LLC, % Carrington Mortgage Services, LLC.  The Trustee recommends that an Order be entered changing the payment mailing address for the claim of Lex Special Assets, LLC from Lex Special Assets, LLC, % Wells Fargo Bank, NA, MAC X2302-04C, One Home Campus, Des Moines, IA 50328 to Lex Special Assets, LLC, % Carrington Mortgage Services, LLC, Attn:  Cashiering, PO Box 54285, Irvine, CA 92619-4285.  The Trustee further recommends that Carrington Mortgage Services, LLC, PO Box 54285, Irvine, CA 92619-4285 be added as the mailing address for notices in reference to the claim of Lex Special Assets, LLC.

| | |
|---|---|
| Date:   November 8, 2013 | s/Anita Jo Kinlaw Troxler |
| AJKT:lac | Standing Trustee |

---

## NOTICE

TAKE NOTICE THAT any interested party who has an objection to the Motion MUST FILE A WRITTEN OBJECTION on or before   December 23, 2013    with the parties named on the attached Parties To Be Served list and with the U.S. Bankruptcy Court at the following address:

*101 S. Edgeworth Street*  
*Greensboro, NC 27401*

If no objections are filed within the time period, the Court will consider this motion without a hearing.  If objections are timely filed, a hearing on the motion will be held on  January 14, 2014   at 2:00 p.m., in the following location:

*Courtroom #1*  
*Second Floor*  
*101 S. Edgeworth Street*  
*Greensboro, NC 27401*

| | |
|---|---|
| Date:  **November 12, 2013** | OFFICE OF THE CLERK |
| | U.S. Bankruptcy Court |

PARTIES TO BE SERVED
PAGE 1 OF 1
13-10098 C-13G

| | |
|---|---|
| ANITA JO KINLAW TROXLER<br>STANDING TRUSTEE<br>PO BOX 1720<br>GREENSBORO NC 27401-1720 | LEX SPECIAL ASSETS LLC<br>% WELLS FARGO BANK NA<br>MAC #D3347-014<br>3476 STATEVIEW BLVD<br>FORT MILL, SC 29715 |
| GAIL CATHERINE SHELDON<br>108 RIVERS BEND DR<br>RANDLEMAN, NC 27317 | LEX SPECIAL ASSETS LLC<br>% WELLS FARGO BANK NA<br>MAC X2302-04C<br>ONE HOME CAMPUS<br>DES MOINES, IA 50328 |
| PHILLIP E BOLTON ESQ<br>P O BOX 10247<br>GREENSBORO, NC 27404-0247 | |
| INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA PA 19101 | LEX SPECIAL ASSETS LLC **(NOT ON MATRIX)**<br>% CARRINGTON MORTGAGE SVCS LLC<br>ATTN CASHIERING<br>PO BOX 54285<br>IRVINE, CA 92619-4285 |
| S TROY STALEY ESQ<br>4317 RAMSEY ST<br>P O BOX 2505<br>FAYETTEVILLE NC 28302 | LEX SPECIAL ASSETS LLC **(NOT ON MATRIX)**<br>% CARRINGTON MORTGAGE SVCS LLC<br>PO BOX 54285<br>IRVINE, CA 92619-4285 |